UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DEUTSH | § § | CIVIL ACTION NO. 1:15-CV-703-RP |
| **Plaintiff** | § § | |
| VS. | § § | |
| BAKER ST. THE CORNERS, LLC | § § § | |
| **Defendant** | § | |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Plaintiff John Deutsh has agreed to grant Defendant BAKER ST. THE CORNERS, LLC a 7-day extension to its deadline to file an Answer or otherwise respond to Plaintiff's complaint. The current answer due date is October 29, 2015. With the 7-day extension, the new answer due date will be November 5, 2015.

The parties, accordingly, move that the Court extend Defendant's deadline to file an Answer or otherwise respond to Plaintiff's complaint to November 5, 2015 in accordance with Federal Rule of Civil Procedure 12. Parties are currently evaluating the case. This extension is not sought to delay justice, but so that the parties can further discuss the issues.

Dated: October 29, 2015         Respectfully submitted,

                                For Plaintiff John Deutsh

                        By:     /s/ Omar W. Rosales
                                Omar W. Rosales

                                Texas Bar No. 24053450
                                Western District of Texas Bar No. 690657

1

THE ROSALES LAW FIRM, LLC
PO Box 6429
Austin, Texas 78762-6429
(512) 520-4919 Tel
(512) 309-5360 Fax
omar@owrosales.com

CERTIFICATE OF SERVICE

I, Omar W. Rosales, do hereby certify that this AGREED MOTION FOR EXTENSION OF TIME was served upon all attorneys of record via the TXW_USDC case filing system on October 29, 2015.

/s/ Omar W. Rosales
Omar W. Rosales