UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOHN DEUTSH § | |
| § | CIVIL ACTION NO. 1:15-CV-703-RP |
| **Plaintiff** § | |
| § | |
| VS. § | |
| § | |
| BAKER ST. THE CORNERS, LLC § | |
| § | |
| **Defendant** § | |

## FIRST AMENDED NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled.  Parties are finalizing documents and Plaintiff will submit its Notice of Dismissal with Prejudice, Pursuant to Rule 41, by January 6, 2016.


DATED: DECEMBER 7, 2015        Respectfully submitted,

                    By:    /s/ Omar W. Rosales
                           Omar W. Rosales

                           **THE ROSALES LAW FIRM, LLC**
                           WWW.OWROSALES.COM
                           OMAR W. ROSALES
                           Federal No. 69067
                           PO BOX 6429
                           AUSTIN, TX
                           78762-6429
                           (866) 402-8082 Toll-Free
                           (512) 520-4919 Tel
                           (512) 309-5360 Fax

1

2

CERTIFICATE OF SERVICE

I, Omar W. Rosales, do hereby certify that this NOTICE OF SETTLEMENT was served upon all attorneys of record via the TXW_USDC Electronic case filing system on DECEMBER 7, 2015.

/s/ Omar W. Rosales
Omar W. Rosales

2